UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BRYANT,

        Plaintiff,                              Case Number 21-11676

v.                                             Honorable David M. Lawson
                                                 Magistrate Judge Curtis Ivy, Jr.

WILLIS CHAPMAN, GEORGE
STEPHENSON, and KRISTOPHER STEECE,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE COMPLAINT

Presently before the Court is the report issued on May 23, 2022 by Magistrate Judge Curtis Ivy, Jr. pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the case for failure to prosecute, after the plaintiff failed to comply with previously issued orders of the Court. The deadline for filing objections to the report has passed, and no objections have been filed. The Court notes that a mailed copy of the report and recommendation was returned as undeliverable, but the record also indicates that, despite prior warnings, the plaintiff failed to update his mailing address on file. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

- 2 -

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 17) is **ADOPTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   June13, 2022